61,098-03

To: COURT OF CRIMINAL APPEALS OF TEXAS
    COURT CLERK - Abel Acosta

This document contains some pages that are of poor quality at the time of imaging.

FROM: Maurice Bluitt - T.D.C.J. No. 00932824 - Mark W.
      Michael Unit - Tr. Ct. No. C-372-010338-0733927-C
      WR-61,098-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 12 2015
Abel Acosta, Clerk

RE: White card decision was returned to the C.C.A.
    without Offender Bluitt ever being notified or
    contacted he had legal mail to pick up at Unit
    mailroom.


    MOTION TO RECALULATE DATE AND RETURN WHITE
    CARD DECISION TO APPLICANT.


        HONORABLE COURT,

I, Maurice Bluitt, was never contacted or notified by
the Michael Unit Mailroom that the COURT OF
CRIMINAL APPEALS white card decision was in the
Unit mailroom's possession and required pick up from
Applicant/Offender Bluitt, which is a right under the 4th
Amendment of the U.S. Constitution. Enclosed is a
"Inmate Request To Official" form that Applicant
sent to the Michael Unit Mailroom. Also enclosed are
two E-mail correspondence that Applicant's sister,
"Grace L. Stafford" spoke to several employees' at
    COURT OF CRIMINAL APPEALS. White card must be

recalculated for time barred purposes and returned to Applicant, "Maurice Bluitt" T.D.C.J., No. 00932824.

The White Card and decision has to be documented into the 28 USC $2254 application Petitioner Bluitt is pursuing...

/S/ Maurice Bluitt
T.D.C./T.D.C.J # 00932824
2664 FM 2054
Mark W. Michael Unit
Tennessee Colony, TX. 75886

# INMATES DECLARATION

I, Maurice Bluitt, Applicant, Pro se; T.D.C./T.D.C.J.
number 00932824, being incarcerated in the Texas Department
of Corrections/Texas Department of Criminal Justice at
the Mark W. Michael Unit located in Tennessee Colony,
Texas do hereby declare under the penalty of perjury
that the allegations, E-Mails sent, and official document
forms' are within Applicant's personal knowledge true
and correct.

Addressed to:
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Signed By Applicant this 2<u>th</u> day of February, 2015

/S/ Maurice Bluitt
T.D.C./T.O.C.J. # 00932824
2664 FM 2054
Mark W. Michael Unit
Tennessee, Colony Tx. 75886

Pg. 3

*You have received a jpay letter, the fastest way to get mail*

From : GRACE L STAFFORD, CustomerID: 6875616
To : MAURICE BLUITT, ID: 00932824
Date : 1/27/2015 12:59:52 PM EST, Letter ID: 123007541
Location : MI

I just talk go off the ph with the court the only he told me it was received and denied without an order if you need me to call them back for anything else I will pls put there ph# on the letter 405 556 9600 today is 01/27 he sd you were also sent a letter. I'm getting ready for work I will write soon.

Pg. 4

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/15/2014**
**BLUITT, MAURICE   Tr. Ct. No. C-372-010338-0733927-C          WR-61,098-03**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



MAURICE BLUITT
MICHAEL UNIT - TDC #932824
P. O. BOX 4500
TENNESSEE COLONY, TX  75886

H3B   75886

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mailroom_ _____
_(Name and title of official)_

DATE: _1-28-15_

ADDRESS: _2664 FM 2054 Tenn. Colony, TX. 25886_

Pg. 5

OVER →

**SUBJECT:** *State briefly the problem on which you desire assistance.*

My sister spoke with the Clerk in the Texas Court of Criminal Appeals, who told her I was send a white card from the Court, to the Michael Unit. Do you have Any record of this White CARd being delievered?

Thank You

Name: MAURICE BLuitt          No: 932824          Unit: M.W. MichAEL

Living Quarters: 18-5-102          Work Assignment: MAintenAnce ClerK

**DISPOSITION:** (Inmate will not write in this space) The white card is sent back to the Clerk of Criminal Appeals, your sister can check with them we only mail them white cards back.

I-60 (Rev. 11-90)

You have received a *Jpay* letter, the fastest way to get mail

From : GRACE L STAFFORD, CustomerID: 6875618
To   : MAURICE BLUITT, ID: 00932824
Date : 2/2/2015 2:29:32 PM EST,   Letter ID: 123880529
Location : MI

HELLO JR, I CALLED THAT 405 556 9600 NUMBER THE LADY DIDNT KNOW ANYTHING ABOUT THE WHITE CARD I THEN GV HER YOUR WRIT# 61098-03 NO HELP SHE COULDNT FIND THAT # SHE SD THE TRAIL NUMBER WOULDNT HELP SHE THEN ASK FOR THE CASE NUMBER I DIDNT HV IT TO GV HER I WILL LOOK AROUND WHERE I PUT YOUR PERSONAL THINGS AND CB TOMORROW THEN AFTER ALL OF THAT SHE SD I NEED TO SPECK WITH THE CLERK AND THE CLERK WHO WILL BE BACK IN I HOUR I DID EXPLAIN TO THE LADY THAT I CALLED THIS NUMBER BEFORE AND GOT ALL THE INFO AND HELP WITH ALL THAT I NEEDED. JR I KNOW THATS THE RIGHT NUMBER BECAUSE WHEN THE PERSON ANSWERED THE PHONE THEY ANSWERED THE SAME AS BEFORE. THE LADY TRYED TO GET RUDE WITH ME BUT I WAS SO NICE SHE HAD TO CALM DOWN I ACTED IF I DIDNT HEAR HER RUDE TONE. I WILL BE PUTTING THAT MONEY ON YOUR ACCT TUESDAY MORNING I WILL PUT MOMS CK IN THE BACK TODAY WILL WRITE TOMORROW ONCEI TALK WITH THEM OH JR IM PUTTING THE FUNDS IN NOW.

Pg. 6

*Jpay* Tell your friends and family to visit www.jpay.com to write letters and send money!